**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**BRIGHTHOUSE LLC,**

    **Plaintiff,**

v.                                                                      Case No.  8:03-cv-2695-T-30TGW

**ADVANCE/NEWHOUSE PARTNERSHIP,
a New York Partnership, and BRIGHT
HOUSE NETWORKS, LLC, a Delaware
limited liability corporation,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court *sua sponte*.  Plaintiff filed a Motion for leave to file documents under seal (Dkt. #64) on December 22, 2004.  An Order granting said Motion (Dkt. #66) was entered on December 28, 2004.  Plaintiff filed a Notice of Filing Under Seal (Dkt. #67) on December 29, 2004.  The parties filed a Joint Motion for Order of Dismissal With Prejudice (Dkt. #78) on March 16, 2005.  An Order of Dismissal (Dkt. #79) closing the case was entered on March 18, 2005.  Upon review and consideration, the Court determines that it is unnecessary for the Court to retain possession of any of these sealed documents.

It is therefore ORDERED AND ADJUDGED that:

1.     Plaintiff's counsel is directed to pick up the sealed documents from the Clerk of Court **within ten (10) days** of the date of this Order.

2. Should counsel fail to pick up said sealed documents within the specified time, the Clerk of Court is ORDERED to destroy the documents at any time AFTER June 6, 2005.

**DONE** and **ORDERED** in Tampa, Florida on May 24, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2003\03-cv-2695.sealedDocs.frm